■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO ARJUNE, Appellant. [28 NYS3d 329]—Application by the appellant for a writ of error coram nobis on appeal from a judgment of the Supreme Court, Queens County, rendered November 12, 2009, in which the notice of appeal was timely filed, and which was dismissed by decision and order on motion of this Court dated December 9, 2013, for failure to timely perfect, to reinstate the appeal on the ground of the ineffective assistance of trial counsel.

Ordered that the application is denied.

The appellant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Dickerson, Cohen and Hinds-Radix, JJ., concur.